UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SPEROS A. BATISTATOS,<br>    Plaintiff,<br><br>v.<br><br>LAKE COUNTY CONVENTION AND<br>VISITORS BUREAU d/b/a SOUTH<br>SHORE CONVENSION AND VISITORS<br>AUTHORITY, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 2:22-CV-254-DRL-JEM<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Maintain Under Seal Exhibits to Plaintiff's Motion to Reconsider Dismissal of Concerted Action Claim and State Law Claims as well as to Rejoin Cases [DE 192], filed August 28, 2025. The Court took the motion under advisement and ordered Defendants to file a response regarding whether they were moving to have the documents, designated as confidential during discovery, maintained under seal. On September 12, 2025, Defendants filed a response indicating that they do not seek to have the two exhibits retained under seal.

Accordingly, the Court **DENIES** Plaintiff's Motion to Maintain Under Seal Exhibits to Plaintiff's Motion to Reconsider Dismissal of Concerted Action Claim and State Law Claims as well as to Rejoin Cases [DE 192] and **DIRECTS** the Clerk of Court to place the documents at [DE 190, 191] on the public docket.

SO ORDERED this 15th day of September, 2025.

                                            s/ John E. Martin
                                            MAGISTRATE JUDGE JOHN E. MARTIN
                                            UNITED STATES DISTRICT COURT

cc:    All counsel of record