UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SPEROS A. BATISTATOS,<br>　　Plaintiff,<br><br>　　v.<br><br>LAKE COUNTY CONVENTION AND<br>VISITORS BUREAU d/b/a SOUTH<br>SHORE CONVENTION AND VISITORS<br>AUTHORITY, *et al.*,<br>　　Defendants,<br>_____<br><br>LAKE COUNTY CONVENTION AND<br>VISITORS BUREAU d/b/a SOUTH<br>SHORE CONVENTION AND VISITORS<br>AUTHORITY,<br>　　Counterclaimant,<br><br>　　v.<br><br>SPEROS A. BATISTATOS,<br>　　Counter-Defendant. | CAUSE NO.: 2:22-CV-254-DRL-JEM |

**ORDER**

　　This matter is before the Court on Defendants' Motion to Withdraw their Motion to Seal with Supporting Brief and to Strike Certain Filings [DE 222], filed March 12, 2026. Defendants now move to withdraw their previously-filed motion to seal and supporting brief and to strike the sealed documents filed with the motion. They explain that additional review of the case has led them to file an amended motion to seal with more targeted redactions of sensitive information. Review of the docket demonstrates inconsistency between the documents identified in the instant motion and those on the docket. Defendants request that the Court "Strike the sealed Statement of Material Facts Not in Dispute, ECF #219, and the sealed Appendix with all exhibits, ECF #220,"

1

but the document at [DE 219] was filed by Plaintiff and was neither filed under seal nor subject to the motion to seal.

Accordingly, on review of the instant motion and noting the filing of an amended motion to seal, the Court **GRANTS in part** Defendants' Motion to Withdraw their Motion to Seal with Supporting Brief and to Strike Certain Filings [DE 222], **ORDERS** that the motion to seal [DE 215] and supporting brief [DE 216] are hereby **WITHDRAWN**, and **STRIKES** the documents filed under seal at [DE 220], **with leave to refile** a renewed motion to strike if Defendants wish to move for any additional documents to be stricken from the public record.

The Court **ORDERS** Plaintiff to file any response to Defendants' Amended Motion to Seal Excerpts from their Local Rule 56-1 Statement of Material Facts and Appendix Filed in Support of Summary Judgment [DE 223] by **March 23, 2026**.

SO ORDERED this 16th day of March, 2026.

    s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record