UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SPEROS A. BATISTATOS,

        Plaintiff,

    v.                                                                                    CAUSE NO. 2:22cv254 DRL-JEM

LAKE COUNTY CONVENTION AND
VISITORS BUREAU d/b/a/ SOUTH
SHORE CONVENTION AND VISITORS
AUTHORITY *et al.*,

        Defendants.

<u>ORDER</u>

On April 8, 2026, the defendants filed a notice and request for leave to file a supplemental appendix to their summary judgment motion after noticing that certain pages of deposition transcripts cited in their statement of material facts weren't submitted to the court in their exhibits. The defendants also noted several minor scrivener's errors in their citations in support of certain statements of material facts. The defendants request leave to submit a supplemental appendix that provides the omitted deposition pages. In the filing, the defendants note an apparent objection from Mr. Batistatos. His response to the defendant's summary judgment motion is currently due April 15, 2026.

Accordingly, the court ORDERS Mr. Batistatos to file any opposition to the motion to supplement, not to exceed three pages, by April 14, 2026 at 12:00 ET. The court needs no reply.

SO ORDERED.

April 13, 2026                                             *s/ Damon R. Leichty*
                                                 Judge, United States District Court