UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SPEROS A. BATISTATOS,

      Plaintiff,

    v.                                                                  CAUSE NO. 2:22cv254 DRL-JEM

LAKE COUNTY CONVENTION AND
VISITORS BUREAU d/b/a/ SOUTH
SHORE CONVENTION AND VISITORS
AUTHORITY *et al.*,

      Defendants.

<u>ORDER</u>

Speros Batistatos requests a one-day extension to respond to the defendants' summary judgment motion—a perfectly fair request for which good cause exists. The court will grant it, affording until April 23, 2026 as requested, and with any reply due May 7, 2026, consistent with the local rules.

The defense's request is quite different. The defendants request leave to file an amended response brief and response to Mr. Batistatos's statement of undisputed material facts and statement of additional facts in opposition to Mr. Batistatos's summary judgment motion on their counterclaim. Summary judgment briefing typically occurs without a hitch. They seek to amend a filing already made, citing minor revisions, and this isn't routine, much less their first time. The motion doesn't explain what about the already-filed documents requires amendment, why amendment is necessary at all, or why the defendants waited until April 22 to seek the relief, though they conferred with Mr. Batistatos's counsel about the issue on April 16. The defendants say only that they encountered technical difficulties when filing their brief on April 15, resulting in its docketing shortly after midnight on April 16. That may explain the timing of the original

filing, but not any need to amend. Though cognizant of Mr. Batistatos's agreement to the request, on this record, the court cannot find good cause to permit amended filings.

Accordingly, the court GRANTS IN PART and DENIES IN PART the joint motion [241], EXTENDS Mr. Batistatos's deadline to respond to the defendants' summary judgment motion to April 23, 2026, and DENIES the defense's request for leave to file amended responsive materials to Mr. Batistatos's summary judgment motion. Any reply briefs are to follow by local rule. The court anticipates no further extensions to this schedule absent extraordinary reasons.

SO ORDERED.

April 23, 2026                              *s/ Damon R. Leichty*
                                            Judge, United States District Court